[No. 32627-2-II.   Division Two.   September 20, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DUSTEN W. GONZALES, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 04-1-01586-7, Christine A. Pomeroy, J., entered December 9, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Hunt, JJ.

[No. 32716-3-II.   Division Two.   September 20, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. J.C., *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 04-8-00250-6, David E. Foscue, J., entered December 30, 2004. *Reversed* by unpublished opinion per Hunt, J., concurred in by Houghton and Armstrong, JJ.

[No. 22710-3-III.   Division Three.   September 20, 2005.]

LOREN H. DENISON, *Appellant*, v. REBA A. LEEWRIGHT ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Stevens County, No. 99-3-00238-7, Harold D. Clarke III, J. Pro Tem., entered December 8, 2003. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 23107-1-III.   Division Three.   September 20, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. OLIN H. EDWARDS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-02448-2, Kathleen M. O'Connor, J., entered May 21, 2004. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Kurtz, J.